JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Johnson,<br><br>      Plaintiff,<br><br>  v.<br><br>Officer William Holloway, et al.,<br><br>      Defendant(s). | SACV 10-00145 JVS (MLGx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:    August 29, 2011

                                                  James V. Selna<br>
                                         United States District Judge